UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS MONTGOMERY and BETH MONTGOMERY,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>Defendant. | Civil Action No. 17-918 (JEB) |

### ORDER

In its Order of May 12, 2021, this Court determined that the Internal Revenue Service had conducted a sufficient search of its last outstanding files. See ECF No. 116. The Court then ordered Plaintiffs to show cause if any issues (not previously objected to) remained that precluded the entry of final judgment. Id. at 2. Plaintiffs respond that "the remaining issue before this Court is whether Defendant's overall search . . . was adequate. However, this issue is fully briefed; if the Court finds for Defendant on this issue, final judgment should be entered." ECF No. 117 (Resp.) at 1. The Court understands this to mean that Plaintiffs are preserving their objection to the Court's findings on the searches, since it has now fully disposed of all challenges to them.

The Court, accordingly, ORDERS that Judgment is ENTERED in favor of Defendant.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: May 19, 2021

1